UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**RICHARD L. QUINN, JR.,**

    **Plaintiff,**

    v.

                             **Civil Action 2:11-cv-00268**
                             **Judge James L. Graham**
                             **Magistrate Judge E.A. Preston Deavers**

**ROBIN KNAB, WARDEN,**

    **Defendant.**

## **ORDER**

This matter is before the Court for consideration of the May 2, 2011 Report and Recommendation of the United States Magistrate Judge Elizabeth A. Preston Deavers, to whom this case was referred pursuant to 28 U.S.C. § 636(b).  (ECF No.16.)  The Magistrate Judge recommended that the Court deny Plaintiff's Motion for a Temporary Restraining Order.  (ECF. No. 16.)  Plaintiff, Richard L. Quinn, Jr., has timely filed an objection under Federal Rule of Civil Procedure 72(b).

The Court has reviewed the Magistrate Judge's Report and Recommendation as well as Plaintiff's objections and find the analysis and recommendation of the Magistrate Judge persuasive.  Accordingly, the Court **OVERRULES** Plaintiff's Objections, **ADOPTS** the Magistrate Judge's Report and Recommendation, and **DENIES** Plaintiff's Motion for a Temporary Restraining Order.

**IT IS SO ORDERED.**

                                                          S/ James L. Graham
                                                          James L. Graham
                                                          UNITED STATES DISTRICT JUDGE

Date: September 9, 2011